| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Paul B. La Scala (SBN: 186939)<br>plascala@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546<br>Telephone: (949) 475-1500<br><br>ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE GREEN-TODD, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:20-cv-01184 DOC (DFMx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant Monsanto Company___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) Mary Katherine Green-Todd | 1) Plaintiff |
| 2) Hunter Reese Todd | 2) Plaintiff |
| 3) Jadin Wood Todd | 3) Plaintiff |
| 4) Rilynn Todd | 4) Plaintiff |
| 5) Theodora Oringher PC | 5) Plaintiffs' counsel |
| 6) Monsanto Company | 6) Defendant |
| 7) Shook, Hardy & Bacon L.L.P. | 7) Defendant's counsel |
| 8) Bayer AG | 8) Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG |

| | |
|---|---|
| August 31, 2020<br>Date | /s/ Paul B. La Scala<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Monsanto Company