UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | SA CV 20-01184 SB (DFMx) | Date: | October 19, 2020 |
|---|---|---|---|

| Title: | *Green-Todd et al v. Monsanto Company, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jon R. Mower | Paul B. La Scala |

**Proceedings:    SCHEDULING CONFERENCE**

The Court has reviewed the Joint Rule 26(f) report and sets the pretrial and trial dates noted in the table below. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The parties are reminded that the deadlines below will *not* be continued *absent a specific, supported showing of good cause*, as described in the Civil Standing Order ¶ 10, at 9.[1]

---

[1] The Civil Standing Order is located on the Central District of California's website and may be obtained by (control) clicking on the link provided below.
https://www.cacd.uscourts.gov/sites/default/files/documents/SB/AD/MSC%20%28Order%20Setting%29%20%28SB%29%20%2810-5-2020%29.pdf

| | |
|---|---|
| **Trial**  ☐ Court  ☒ Jury        (Mon., 8:30 a.m.) | April 18, 2022 |
| **Pretrial Conference**            (Fri., 11:00 a.m.)<br>(including hearing on motions in limine) | April 1, 2022 |
| **Motion to Amend Pleadings/Add Parties**<br>(Hearing Deadline) | December 4, 2020 |
| **Discovery Deadline – Nonexpert** | July 7, 2021 |
| **Discovery Deadline – Expert** | November 10, 2021 |
| Plaintiffs' Initial Expert Disclosure | August 11, 2021 |
| Defendants' Initial Expert Disclosure | September 15, 2021 |
| Rebuttal Expert Disclosure | October 20, 2021 |
| **Motion Hearing Deadline**   (Friday, 8:30 a.m.) | January 7, 2022 |
| **Settlement Conference Deadline**<br>☐  1. Mag. J.  ☐  2. Panel  ☒  3. Private | January 21, 2022 |
| **Post-Settlement Status Conf.**  (Fri., 8:30 a.m.): | February 4, 2022 |
| Status Report Due (3 court days before): | February 1, 2022 |
| **Trial Filings (First Set) Deadline** | March 4, 2022 |
| **Trial Filings (Second Set) Deadline** | March 18, 2022 |

The complaint in this case was filed on June 26, 2020 and the answer on August 31, 2020.  The parties had jointly requested a trial date of October 17, 2022, almost 28 months from the filing of the complaint.  The Court recognizes the complexity of the case but believes that it is reasonable to expect the trial to start on April 18, 2022 – almost 22 months from the filing of the complaint.  Nevertheless, the Court will schedule a status conference in six months, on April 16, 2021, at 8:30 a.m., to gauge the progress of the case.  The parties should provide a detailed status report on April 2, 2021, detailing the work done and demonstrating that the parties have been acting with all reasonable diligence.

    **IT IS SO ORDERED**.

0/08