FILED
CLERK, U.S. DISTRICT COURT
November 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE GREEN-TODD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 8:20-cv-01184-SB (DFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having reviewed the Parties' Stipulation for Dismissal with Prejudice, the Court hereby grants the Parties' request and dismisses this action in its entirety with prejudice. Each party is to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: November 17, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1